UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| GRADY MEMORIAL HOSPITAL ) | | |
| CORPORATION d/b/a GRADY ) | | |
| MEMORIAL HOSPITAL, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Action No. 18-1126 (ABJ) | |
| ) | | |
| ALEX M. AZAR, II, ) | | |
| *Secretary, United States Department* ) | | |
| *of Health and Human Services*, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| ) | | |
| FORT SANDERS REGIONAL ) | | |
| MEDICAL CENTER, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Action No. 18-1155 (ABJ) | |
| ) | | |
| ALEX M. AZAR, II, ) | | |
| *Secretary, United States Department* ) | | |
| *of Health and Human Services*, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

## ORDER FOR CONSOLIDATION

Pursuant to Fed. R. Civ. P. 42, upon the Court's own motion and in light of the parties' notice that they do not object to consolidation, [Dkt. # 9], it is ORDERED that *Grady Memorial Hospital Corporation v. Azar*, 18-cv-1126-ABJ, and *Fort Sanders Regional Medical Center v. Azar*, 18-cv-1155-ABJ, are consolidated with *Albert Einstein Healthcare Network v. Azar*, 1:17-cv-1134-ABJ.

It is FURTHER ORDERED that the Clerk's Office close the *Grady Memorial Hospital Corporation* and *Fort Sanders Regional Medical Center* cases and transfer plaintiffs in those cases to the *Albert Einstein Healthcare Network* case.

It is FURTHER ORDERED that all filings in the consolidated cases shall be filed only in *Albert Einstein Healthcare Network*. The stay entered in *Albert Einstein Healthcare Network* and the order for a joint status report remain in effect.

/s/ Amy B Jackson
AMY BERMAN JACKSON
United States District Judge

DATE: June 14, 2018